ORIGINAL

# In the United States Court of Federal Claims

No. 15-1210C
(Filed: December 16, 2015)

**FILED**

**DEC 1 6 2015**

U.S. COURT OF
FEDERAL CLAIMS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TRAVIS JAMES WEBB,                     \*
                                       \*
            Plaintiff,                 \*
                                       \*
v.                                     \*
                                       \*
THE UNITED STATES,                     \*
                                       \*
            Defendant.                 \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On December 15, 2015, the clerk received a letter from plaintiff in which plaintiff (1) notified the court of a change of address and (2) requested that his case be dismissed without prejudice. The clerk shall file plaintiff's letter by leave of court. The court **GRANTS** plaintiff's motion for voluntary dismissal and **DISMISSES** plaintiff's complaint without prejudice pursuant to Rule 41(a)(2) of the Rules of the United States Court of Federal Claims. In addition, the court **GRANTS** plaintiff's application to proceed in forma pauperis for the limited purpose of dismissing the complaint. The clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

MARGARET M. SWEENEY
Judge